UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** Mar 01 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ joanag DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18MJ518JLB |
| Plaintiff, | **ORDER ON UNITED STATES' MOTION TO DISMISS COMPLAINT** |
| v. | |
| NATALIE AGUIRRE, | |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Complaint in this case without prejudice pursuant to Fed. R. Crim. P. 48(a), this Court hereby grants the United States leave of court to dismiss the Complaint in this case. Accordingly, the Complaint is hereby dismissed without prejudice pursuant to Fed. R. Crim. P. 48(a).

**IT IS SO ORDERED.**

Dated: March 01, 2018

HONORBABLE JILL L. BURKHARDT
UNITED STATES MAGSITRATE JUDGE